IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRIGHTER SKY PRODUCTIONS, LLC, and DAN TRAMON, and DIANA BELOKOWSKI, and CARL ANTHONY TRAMON,<br>      Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., and BRE DIAMOND HOTEL HOLDINGS, LLC as the surviving company of a merger with STRATEGIC HOTELS & RESORTS, INC. d/b/a MARRIOTT THEATRE, and BRE DIAMOND HOTEL HOLDINGS, LLC, and BRE DIAMOND HOTEL, LLC, a wholly owned subsidiary, and DTRS LINCOLNSHIRE, LLC, and RFMBC, LLC; and LA-RFMBG LINCOLNSHIRE, LLC d/b/a Marriott Theatre, and MARRIOTT HOTEL SERVICES, INC., and STRATEGIC HOTELS & RESORTS, LLC, and MICHAEL MAHLER, and AARON THIELEN, and TERRY JAMES,<br>      Defendants. | **Case No.: 1:18-cv-06723**<br><br>**The Hon. Charles R. Norgle, Sr.** |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants Strategic Hotels & Resorts LLC ("Strategic LLC"), BRE Diamond Hotel LLC,[1] and DTRS Lincolnshire, LLC ("DTRS") (together, the "Strategic Defendants") respectfully move this Court for an extension of time, up to and including March 12, 2019, to answer or otherwise respond to Plaintiffs' complaint. In support of this Motion, the Strategic Defendants state as follows:

  1.  Plaintiffs filed their complaint on October 4, 2018. (Dkt. 1.)

---

[1] Although Plaintiffs have named BRE Diamond Hotel LLC as a separate Defendant, it is in fact the former name of Defendant Strategic LLC and not a separate entity.

2. Plaintiffs effected service on Strategic LLC on January 2, 2019. (Dkt. 9-1 ¶ 14.)[2] On January 3, 2019, in-house counsel for the Strategic Defendants accepted service of the summons and complaint on behalf of DTRS.

3. The responsive pleadings of Strategic LLC and of DTRS are currently due on or before January 23, 2019 and January 24, 2019, respectively. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. On January 17, 2019, this Court granted the motion of Defendants Marriott International, Inc., Marriott Hotel Services, Inc., Michael Mahler, Aaron Thielen, and Terry James (together, the "Moving Defendants") for an extension of time, up to and including March 12, 2019, to answer or otherwise respond to Plaintiffs' complaint. (Dkt. 18.) That motion argued, *inter alia*, that such an extension was necessary to bring into alignment the response deadlines of all Defendants in this case, including several Defendants that have not yet been served. (Dkt. 17 ¶ 8.)

5. The undersigned counsel were retained by the Strategic Defendants on January 21, 2019. Accordingly, the Strategic Defendants were not able to join the motion of the Moving Defendants, which was also prepared by the undersigned counsel.

6. The Strategic Defendants respectfully request that their deadline to answer or otherwise respond to the Plaintiffs' complaint also be extended up to and including March 12, 2019, substantially for the reasons given in the motion of the Moving Defendants. (*See* Dkt. 17.)

7. The undersigned counsel further anticipate that they will be asked to represent at least one additional Defendant (BRE Diamond Hotel Holdings, LLC), and perhaps all Defendants, in this action, assuming those additional Defendants are served. The Strategic

---

[2] Plaintiffs also purported to effect service on an additional entity, Strategic Hotels & Resorts, Inc. ("Strategic Inc."), by leaving a copy of the complaint with the receptionist at the offices of Strategic LLC. (*See* Dkt. 9-1 ¶ 13.) However, Strategic Inc. is no longer affiliated with Strategic LLC and has merged into Defendant BRE Diamond Hotel Holdings, LLC. Accordingly, Strategic Inc. (to the extent it is a named Defendant in this action) has not been properly served.

Defendants thus further request that the response deadline of all remaining Defendants, to the extent they are eventually properly served by February 19, 2019, also be extended up to and including March 12, 2019.

8. The undersigned counsel have conferred with counsel for Plaintiffs concerning this motion, and Plaintiffs' counsel does not object to this request for an extension of time and has agreed to the requested response date.

9. None of the parties will be prejudiced if the requested extension is granted, nor will any substantial delay occur.

WHEREFORE, the Strategic Defendants respectfully request that this Court grant this unopposed motion for an extension of time and extend the deadline for the Strategic Defendants to respond to Plaintiffs' complaint to March 12, 2019. The Strategic Defendants further respectfully request that this Court extend the deadline for all Defendants to respond to Plaintiffs' complaint to March 12, 2019.

Dated: January 22, 2019

Respectfully submitted,

 */s/*  Ashley M. Schumacher
Ashley M. Schumacher
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
aschumacher@jenner.com

Andrew H. Bart (*pro hac vice forthcoming*)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1645
abart@jenner.com

Andrew J. Thomas (*pro hac vice forthcoming*)
JENNER & BLOCK LLP
533 W. 5th St., Ste. 3600
Los Angeles, CA 90071
(213) 239-5155
ajthomas@jenner.com

*Attorneys for Defendants Marriott International, Inc., Marriott Hotel Services, Inc., Michael Mahler, Aaron Thielen, Terry James, Strategic Hotels & Resorts LLC, BRE Diamond Hotel LLC, and DTRS Lincolnshire, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this case, hereby certifies that on January 16, 2019, a true and correct copy of the foregoing **Unopposed Motion to Extend Time to Respond to Complaint** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: January 22, 2019

Respectfully submitted,

  */s/*  Ashley M. Schumacher
Ashley M. Schumacher
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
aschumacher@jenner.com

*Attorneys for Defendants Marriott International, Inc., Marriott Hotel Services, Inc., Michael Mahler, Aaron Thielen, Terry James, Strategic Hotels & Resorts LLC, BRE Diamond Hotel LLC, and DTRS Lincolnshire, LLC*