**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIGHTER SKY PRODUCTIONS, LLC, DAN TRAMON, DIANA BELKOWSKI, and CARL ANTHONY TRAMON,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.; DTRS LINCOLNSHIRE, LLC; MARRIOTT HOTEL SERVICES, INC.; STRATEGIC HOTELS & RESORTS, LLC; OLD GLOBE THEATER; RFMBG LINCOLNSHIRE, LLC; LA-RFMBG LINCOLNSHIRE, LLC; MICHAEL MAHLER; AARON THIELEN; and TERRY JAMES,<br><br>Defendants. | CASE NO. 18-CV-6723<br><br>JUDGE CHARLES R. NORGLE, SR. |

## NOTICE OF JOINT MOTION FOR EXTENSION OF CASE SCHEDULE

PLEASE TAKE NOTICE that on Friday, April 1, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Brighter Sky Productions, LLC, Dan Tramon, Diana Belkowski, and Carl Anthony Tramon, and Defendants Marriott International, Inc., Marriott Hotel Services, Inc., DTRS Lincolnshire, LLC, Strategic Hotels & Resorts LLC, Michael Mahler, Aaron Thielen, and Terry James will appear before the **Honorable Charles R. Norgle, Sr.** or any judge sitting in his stead, in **Room 2341** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present their **Joint Motion for Extension of Case Schedule**, a copy of which is also being served.

Dated: March 30, 2022                              Respectfully submitted,


By: */s/ Kenneth J. Ashman* _                      By: */s/ Ashley M. Schumacher* _
    Kenneth J. Ashman (ARDC No.                      Andrew H. Bart (admitted *pro hac vice*)
    6206515)                                          JENNER & BLOCK LLP
    ASHMAN LAW OFFICES, LLC                           919 Third Avenue
    55 West Monroe Street, Suite 2650                 New York, NY 10022
    Chicago, IL 60603                                 (212) 891-1645
    (312) 596 1700                                    abart@jenner.com
    kashman@ashman.law

                                                      Andrew J. Thomas (admitted *pro hac vice*)
    Tony Richa (*pro hac vice*)                       JENNER & BLOCK LLP
    RICHA LAW GROUP, P.C.                             533 W. 5th St., Ste. 3600
    One Bethesda Center                               Los Angeles, CA 90071
    4800 Hampden Lane, Suite 200                      (213) 239-5155
    Bethesda, MD 20814                                ajthomas@jenner.com
    (301) 424 0222
    richa@richalawgroup.com                           Ashley M. Schumacher
                                                      JENNER & BLOCK LLP
    Stephen P. New (*pro hac vice*)                   353 N. Clark Street
    LAW OFFICE OF STEPHEN P. NEW                      Chicago, IL 60654-3456
    1114 Main Street                                  (312) 222-9350
    Beckley, WV 25801                                 aschumacher@jenner.com
    (304) 250 6017
    steve@newlawoffice.com                            *Attorneys for Defendants Marriott*
                                                      *International, Inc., Marriott Hotel Services,*
    *Attorneys for Plaintiffs*                        *Inc., DTRS Lincolnshire, LLC, Strategic*
                                                      *Hotels & Resorts LLC, Michael Mahler,*
                                                      *Aaron Thielen, and Terry James*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record in this case, hereby certifies that on March 30, 2022, a true and correct copy of the foregoing **Notice of Joint Motion for Extension of Case Schedule** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Respectfully submitted,

Dated: March 30, 2022

By: */s/ Kenneth J. Ashman*_____
Kenneth J. Ashman (ARDC No. 6206515)
ASHMAN LAW OFFICES, LLC
2801 Orange Brace Road
Riverwoods, IL 60015
(312) 596-1700
kashman@ashman.law

*Attorneys for Plaintiffs*

3